# EXHIBIT "A"

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RUTHIE LEE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NUMBER: CE19-00893 |
| SELECT PORTFOLIO SERVICING, INC., | |
| Defendant. | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

**SELECT PORTFOLIO SERVICING, INC.**

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

> W. DOUGLAS ADAMS, ESQUIRE
> 1829 Norwich Street
> Post Office Box 857
> Brunswick, Georgia 31521-0857

an answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This __23rd__ day of __JULY__, 2019.

CLERK OF THE SUPERIOR COURT

By: __/s/ Madison Browning__
Deputy Clerk

Case 2:19-cv-00140-LGW-BWC Document 1-1 Filed 11/13/19 Page 3 of 13

FILED
GLYNN CO. CLERK'S OFFICE
7/23/2019 2:27 PM

*Ronald M Adams*
CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RUTHIE LEE, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NUMBER: CE19-00893 |
| | * JUDICIAL OFFICER: JUDGE HARRISON |
| SELECT PORTFOLIO SERVICING, INC., | * |
| Defendant. | * |

## COMPLAINT

COMES NOW the Plaintiff RUTHIE LEE, and files this Complaint against the Defendant SELECT PORTFOLIO SERVICING, INC., and shows the Court as follows, to-wit:

1. The Defendant SELECT PORTFOLIO SERVICING, INC. is a corporation doing business in Glynn County, Georgia. The Defendant may be served with process by serving its agent at Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Gwinnett County, Georgia 30092. The Defendant is subject to the jurisdiction of this Court.

2. The Plaintiff shows that she is the owner of an undivided interest in the house located at 124 Wasp Drive, Brunswick, Glynn County, Georgia, which is more particularly described in that certain deed being recorded in Office of the Clerk of the Superior Court of Glynn County, Georgia, and is specifically described in the attached Exhibit "A".

3. The Plaintiff shows that the Defendant SELECT PORTFOLIO SERVICING, INC., has caused to be recorded in the deed records of Glynn County, Georgia, a deed to secure date to it which purports to bear the signature of the Plaintiff as one of the grantors with regard to said security deed.

4.   The Plaintiff shows that said deed to secure debt was in fact not signed by the Plaintiff, and the Plaintiff is not indebted to the Defendant SELECT PORTFOLIO SERVICING, INC.

5.   The Plaintiff shows that the aforesaid deed to secure debt should be cancelled as to the Plaintiff, and the Court should issue a Judgment and Decree that the Defendant does not have a claim as to the Plaintiff's interest in the subject property.

6.   The Plaintiff shows that the Defendant, by and through its agents, caused the Plaintiff's purported signature to be placed on the aforesaid security deed, which constitutes forgery, and which also constitutes intentional fraud, and the Plaintiff is therefore entitled to recover damages which she has suffered and will continue to suffer.

7.   The Plaintiff also shows that the Defendant has intentionally committed harm toward the Plaintiff, and said actions were made willfully and with the intent to harm the Plaintiff, and the Plaintiff is therefore entitled to recover punitive damages.

WHEREFORE, the Plaintiff prays:

A.   That summons of process issue and the Defendant be served and be required to answer all as provided by law;

B.   That the Court issue a Judgment and Decree that the Plaintiff's interest in the property at 124 Wasp Drive is free and clear of any claim of Select Portfolio Servicing, Inc.;

C.   That the Court award damages, including punitive damages, together with the Plaintiff's reasonable attorney's fees; and

D.  For such other and further relief as to the Court may seem just and proper.

_____
W. DOUGLAS ADAMS
Georgia Bar Number: 004650
ATTORNEY FOR PLAINTIFF

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
P:(912) 265-1966/F:(912) 267-0777

---
EXHIBIT "A"
---

THE LAND REFERRED TO IN THIS EXHIBIT IS LOCATED IN THE COUNTY OF GLYNN AND THE STATE OF GEORGIA IN DEED BOOK 1142 AT PAGE 476 AND DESCRIBED AS FOLLOWS.

ALL OF THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATE, LYING AND BEING IN GLYNN COUNTY, GEORGIA, AND KNOWN UPON THE REVISION AND EXTENSION, GLYNCO ANNEX SUBDIVISION MAP, MADE BY JOHN H. RINGELING, REGISTERED ENGINEER 751, DATED APRIL 20, 1959, AND FILED FOR RECORD IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF GLYNN COUNTY, GEORGIA, ON THE 13TH DAY OF AUGUST, 1959, AND RECORDED IN PLAT BOOK 1, AS LOT NUMBER 20, BLOCK "A" AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE SOUTHEAST INTERSECTION OF ENTERPRISE STREET AND WASP DRIVE, SAID SUBDIVISION, AND PROCEEDING THENCE IN AN EASTERLY DIRECTION ALONG THE SOUTH SIDE OF WASP DRIVE ALONG A COURSE SOUTH 77 DEGREES 29 MINUTES EAST FOR A DISTANCE OF 40.78 FEET TO A POINT; THENCE CONTINUING ALONG THE SOUTH SIDE OF WASP DRIVE IN AN EASTERLY DIRECTION ALONG A CURVE FOR A DISTANCE OF 157.91 FEET TO A POINT; THENCE CONTINUING ALONG THE SOUTH SIDE OF WASP DRIVE IN AN EASTERLY DIRECTION ALONG A COURSE NORTH 79 DEGREES 50 MINUTES EAST FOR A DISTANCE OF 354.91 FEET TO A POINT; SAID POINT BEING THE NORTHWEST CORNER OF LOT 20, BLOCK "A" AND THIS AS THE POINT OF BEGINNING; THENCE CONTINUING ALONG THE SOUTH SIDE OF WASP DRIVE IN AN EASTERLY DIRECTION ALONG A COURSE NORTH 79 DEGREES 50 MINUTES EAST FOR A DISTANCE OF 75.6 FEET TO A POINT; THENCE SOUTH 10 DEGREES 10 MINUTES EAST ALONG THE DIVIDING LINE BETWEEN LOT 20 AND LOT 21, SAID BLOCK AND SUBDIVISION FOR A DISTANCE OF 125 FEET TO A POINT; THENCE SOUTH 79 DEGREES 50 MINUTES WEST ALONG THE DIVIDING LINE BETWEEN LOT 20, SAID BLOCK AND SUBDIVISION, AND LANDS OF THE CITY OF BRUNSWICK, FOR A DISTANCE OF 75.6 FEET TO A POINT; THENCE NORTH 10 DEGREES 10 MINUTES WEST ALONG THE DIVIDING LINE BETWEEN LOT 20 AND LOT 19, SAID BLOCK AND SUBDIVISION, FOR A DISTANCE OF 125 FEET TO THE POINT OF BEGINNING.

| SHERIFF'S ENTRY OF SERVICE | SC-85-2 |
|---|---|

Civil Action No. CE19-00272

Date Filed 7/23/19

Superior Court [x]   Magistrate Court [ ]
State Court [ ]   Probate Court [ ]
Juvenile Court [ ]

Georgia, _____ COUNTY

Attorney's Address

Patterson & Smith
P.O. Box [illegible]
Brunswick, GA 31521

_____ Plaintiff

VS.

Select Portfolio Services

_____ Defendant

Name and Address of Party to be Served

Select Portfolio Services, Inc.
c/o [illegible]
[illegible]

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** [ ]
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** [ ]
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** [x]
Served the defendant Select Portfolio Services Inc. a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** [ ]
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** [ ]
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK  CANARY-PLAINTIFF  PINK-DEFENDANT

FILED - RW
GLYNN CO. CLERK'S OFFICE
10/4/2019 2:00 PM
CASE # CE19-00893

CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF GLYNN COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| RUTHIE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. CE19-00893 |
| v. ) | |
| ) | |
| SELECT PORTFOLIO SERVICING, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Court will conduct a Status Conference at **9:00 a.m.** on October 21, 2019, at the Glynn County Courthouse in Brunswick, Georgia, at which it will hear reports regarding the status of the case. Though Plaintiff filed her Complaint against Defendant on July 23, 2019, the record reflects that service has yet to be perfected on Defendant. Plaintiff and/or her counsel, if represented by counsel, shall come to the conference prepared to evidence that diligent and good faith efforts have been made to perfect service on Defendant.

It is so **ORDERED**, this _27_ day of September, 2019.

ANTHONY L. HARRISON
Judge, Superior Courts
Brunswick Judicial Circuit

FILED - RW
GLYNN CO. CLERK'S OFFICE
10/18/2019 2:49 PM
CASE # CE19-00893

CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RUTHIE LEE,<br><br>        Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>        Defendant. | Case No. CE19-00893 |

### ENTRY OF APPEARANCE OF BRET J. CHANCESS
### AND REQUEST FOR ALL NOTICES

COME NOW, Bret J. Chaness of the law firm Rubin Lublin, LLC, and hereby file this Notice of Appearance as counsel for Select Portfolio Servicing, Inc. ("SPS") in this case. Through this Notice, Counsel for SPS requests notice of all motions and pleadings filed in this action be served upon:

Bret J. Chaness
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (telephone)
bchaness@rubinlublin.com

Attorney Jason O. Hodges, VI ("Mr. Hodges") will be in attending the Status Conference scheduled for October 21, 2019 at 9:00 a.m., as local counsel for Rubin Lublin, LLC.

2

Respectfully submitted, this 18th day of October 2019.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (GA Bar No. 720572)
>KEARSTIN H. SALE (GA Bar No. 650510)
>**RUBIN LUBLIN, LLC**
>3145 Avalon Ridge Place, Suite 100
>Peachtree Corners, GA 30071
>(678) 281-2730 (telephone)
>(404) 921-9016 (facsimile)
>bchaness@rubinlublin.com
>ksale@rubinlublin.com
>*Attorneys for Defendant*

Case 2:19-cv-00140-LGW-BWC   Document 1-1   Filed 11/13/19   Page 10 of 13

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 18th day of October 2019, served the following parties the within and foregoing by placing a true and correct copy of the same in the United States Mail, with fire-class postage affixed thereto, properly addressed as follows:

W. Douglas Adams, Esq.
1829 Norwich Street
P.O. Box 857
Brunswick, Georgia 31521

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

FILED - RW
GLYNN CO. CLERK'S OFFICE
10/21/2019 10:25 AM
CASE # CE19-00893

CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF GLYNN COUNTY

### STATE OF GEORGIA

| | |
|---|---|
| RUTHIE LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SELECT PORTFOLIO SERVICING, INC., )<br>)<br>Defendant. ) | Civil Action No. CE19-00893 |

### ORDER

Where the record reflects that Defendant has been served, the Status Conference scheduled to come before the Court at the Glynn County Courthouse in Brunswick, Georgia, at 9:00 a.m. on October 21, 2019 is hereby **CANCELLED**.

It is so **ORDERED**, this ____ day of October, 2019.

**ANTHONY L. HARRISON**
**Judge, Superior Courts**
**Brunswick Judicial Circuit**

FILED - RW
GLYNN CO. CLERK'S OFFICE
10/21/2019 10:25 AM
CASE # CE19-00893

CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF GLYNN COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| RUTHIE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. CE19-00893 |
| v. ) | |
| ) | |
| SELECT PORTFOLIO SERVICING, INC., ) | |
| ) | |
| Defendant. ) | |

### RECUSAL ORDER

The undersigned, having determined that it is necessary that he recuse himself from hearing or ruling in the above-captioned matter, hereby **ORDERS** the Clerk of the Superior Court of Glynn County to promptly reassign this matter to another Superior Court Judge in the Brunswick Judicial Circuit, and to notify all parties and/or counsel, if represented by counsel, involved of the entry of this Order.

It is so **ORDERED**, this 18 day of October, 2019.

_____
**ANTHONY L. HARRISON**
**Judge, Superior Courts**
**Brunswick Judicial Circuit**