AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| RUTHIE LEE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:19-CV-00140 |
| SELECT PORTFOLIO SERVICING, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Plaintiff

Date: December 9 2019

*Attorney's signature*

W. Douglas Adams, GA. Bar Number: 004650
*Printed name and bar number*
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521

*Address*

WDAdams@WDALaw.biz
*E-mail address*

(912) 265-1966
*Telephone number*

(912) 267-0777
*FAX number*