IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RUTHIE LEE, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NUMBER: |
| | * 2:19-CV-00140-LGW-BWC |
| SELECT PORTFOLIO SERVICING, INC., | * |
| Defendant. | * |

### PLAINTIFF'S AMENDED COMPLAINT

COMES NOW the Plaintiff RUTHIE LEE, and files this Complaint against the Defendant SELECT PORTFOLIO SERVICING, INC., and shows the Court as follows, to-wit:

1. The Defendant SELECT PORTFOLIO SERVICING, INC. is a corporation doing business in Glynn County, Georgia. The Defendant may be served with process by serving its agent at Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Gwinnett County, Georgia 30092. The Defendant is subject to the jurisdiction of this Court.

2. The Plaintiff shows that she is the owner of an undivided interest in the house located at 124 Wasp Drive, Brunswick, Glynn County, Georgia, which is more particularly described in that certain deed to her recorded in Deed Book 1474, Folio 354 in the Office of the Clerk of the Superior Court of Glynn County, Georgia, and is specifically described in the attached Exhibit "A". Said deed references the Subdivision Map of Glynco Annex, and shows the Plaintiff's property.

3. The Plaintiff shows that the Defendant SELECT PORTFOLIO SERVICING, INC., or its predecessors, has caused to be recorded in

the deed records of Glynn County, Georgia, a deed to secure date to it which purports to bear the signature of the Plaintiff as one of the grantors with regard to said security deed.

4. The Plaintiff shows that said deed to secure debt was in fact not signed by the Plaintiff, and the Plaintiff is not indebted to the Defendant SELECT PORTFOLIO SERVICING, INC., nor is her interest in said property encumbered by the aforesaid Deed.

5. The Plaintiff shows that the aforesaid deed to secure debt creates a cloud on the Plaintiff's title to her property and said deed to secure debt should be cancelled as to the Plaintiff, and the Court should issue a declarity Judgment and Decree that the Defendant does not have a claim as to the Plaintiff's interest in the subject property.

6. The Plaintiff shows that the Defendant, or its predecessors, by and through their agents, caused the Plaintiff's purported signature to be placed on the aforesaid security deed, which constitutes forgery, and which also constitutes intentional fraud, and the Plaintiff is therefore entitled to recover damages which she has suffered and will continue to suffer until this cloud on the Plaintiff's title to her home is removed.

7. The Plaintiff shows that the Defendant has threatened to foreclose upon the Plaintiff's home, which is in the security deed recorded in Deed Book 1639, Folio 449 in the office of the Clerk of Superior Court, Glynn County, Georgia. Said threatened foreclosure would include the Plaintiff's undivided interest in the property.

8. The Plaintiff shows that Select Portfolio Servicing, Inc. is not entitled to foreclose on the Plaintiff's interest in the

property located at 124 Wasp Drive, Brunswick, Glynn County, Georgia, because the Plaintiff's interest was not pledged to secure any indebtedness, due to the fact that the Plaintiff herein did not sign the security deed.

9. The Plaintiff shows that the Defendant should be temporarily and permanently restrained and enjoined from foreclosing on the Plaintiff's interest in the aforesaid property, or from making threats to foreclose on said property.

10. The Plaintiff shows that she is entitled to recover damages based upon the stress and worry which she has suffered as a result of the Defendant's threats to foreclose on her home, as well as punitive damages because the conduct of the Defendant which was intended to cause the Plaintiff harm.

11. The Plaintiff has acted in bad faith, been stubbornly litigious, and/or has forced the Plaintiff to unnecessary trouble and expense, thereby entitling the Plaintiff to recover her reasonable attorney's fees, all as provided for by O.C.G.A. § 13-6-11.

12. The Plaintiff shows that she should be granted a trial by jury as to all triable issues of fact.

13. The Plaintiff shows that she is entitled to quit the title to her property pursuant to O.C.G.A. § 23-3-40 et seq.

WHEREFORE, the Plaintiff prays:

A. That the Court issue a Judgment and Decree that the Plaintiff's interest in the property at 124 Wasp Drive is free and clear of any claim of Select Portfolio Servicing, Inc.;

B. That the Court award damages to the Plaintiff, including

punitive damages, together with the Plaintiff's reasonable attorney's fees; and

    C.    For such other and further relief as to the Court may seem just and proper.

    D.    That the Plaintiff be granted a trail by Jury as to all contested issues of fact.

_____
W. DOUGLAS ADAMS
Georgia Bar Number: 004650
ATTORNEY FOR PLAINTIFF

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
P:(912) 265-1966/F:(912) 267-0777

BK 1474 PG 354

Then recorded, please return to:

Mortgage Information Services
301 N. Dale Mabry Hwy, Ste. 601-C
Tampa FL 33614

FILED
GLYNN CO. CLERK'S OFFICE

2004 JUL 29 A 9 36

Lola B. Jamsky
FULTON COUNTY

**QUIT CLAIM DEED**

STATE OF GEORGIA

Recorded 7/30/04
Lola B. Jamsky
Clerk Superior Court

THIS INDENTURE made this 2nd day of APRIL, 2004 between

**CHARLES J. LEE**

Hereinafter called "Grantor", and

**CHARLES J. LEE AND RUTHIE L. LEE, as Joint Tenants with Rights of Survivorship and NOT as Tenants in Common.**

Hereinafter called "Grantees" (the words Grantor and Grantee to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH: That Grantor, for and in consideration of the sum of **Love and Affection** and other valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, by these presents does hereby remise, convey and forever QUITCLAIM unto the said Grantees:

ALL THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATE, LYING AND BEING IN GLYNN COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED ON EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE THERETO.

TO HAVE AND TO HOLD the said described premises to Grantees, so that neither Grantor nor any person or persons claiming under Grantor shall at any time, by any means or ways, have, claim or demand any separate right to title to said premises or appurtenances, or any rights thereof.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year first above written.

Signed, sealed and delivered
in the presence of:

Brenda Kohleur
Unofficial Witness
Brenda B. Kobleur

James R. Kobleur
Notary Public (Seal)



CHARLES J. LEE (Seal)
124 Wasp Dr.
Brunswick, GA 31525 (Seal)

GLYNN COUNTY, GEORGIA
REAL ESTATE TRANSFER TAX
Paid $ -0-
This 29 day of July, 04
Lola B. Jamsky
Clerk of Superior Court
Lola B. Jamsky

---

BK 1474 PG 355

FIRST AMERICAN TITLE INSURANCE COMPANY

EXHIBIT "A"

THE LAND REFERRED TO IN THIS EXHIBIT IS LOCATED IN THE COUNTY OF GLYNN AND THE STATE OF GEORGIA IN DEED BOOK 1142 AT PAGE 478 AND DESCRIBED AS FOLLOWS.

ALL OF THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATE, LYING AND BEING IN GLYNN COUNTY, GEORGIA, AND KNOWN UPON THE REVISION AND EXTENSION, GLYNCO ANNEX SUBDIVISION MAP, MADE BY JOHN H. RINGELING, REGISTERED ENGINEER 751, DATED APRIL 20, 1959, AND FILED FOR RECORD IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF GLYNN COUNTY, GEORGIA, ON THE 13TH DAY OF AUGUST, 1959, AND RECORDED IN PLAT BOOK 1, AS LOT NUMBER 20, BLOCK "A" AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE SOUTHEAST INTERSECTION OF ENTERPRISE STREET AND EASP DRIVE, SAID SUBDIVISION, AND PROCEEDING THENCE IN AN EASTERLY DIRECTION ALONG THE SOUTH SIDE OF WASP DRIVE ALONG A COURSE SOUTH 77 DEGREES 29 MINUTES EAST FOR A DISTANCE OF 40.78 FEET TO A POINT; THENCE CONTINUING ALONG THE SOUTH SIDE OF WASP DRIVE IN AN EASTERLY DIRECTION ALONG A CURVE FOR A DISTANCE OF 157.91 FEET TO A POINT, THENCE CONTINUING ALONG THE SOUTH SIDE OF WASP DRIVE IN AN EASTERLY DIRECTION ALONG A COURSE NORTH 79 DEGREES 50 MINUTES EAST FOR A DISTANCE OF 354.91 FEET TO A POINT; SAID POINT BEING THE NORTHWEST CORNER OF LOT 20, BLOCK "A" AND THIS AS THE POINT OF BEGINNING; THENCE CONTINUING ALONG THE SOUTH SIDE OF WASP DRIVE IN AN EASTERLY DIRECTION ALONG A COURSE NORTH 79 DEGREES 50 MINUTES EAST FOR A DISTANCE OF 75.6 FEET TO A POINT; THENCE SOUTH 10 DEGREES 10 MINUTES EAST ALONG THE DIVIDING LINE BETWEEN LOT 20 AND LOT 21, SAID BLOCK AND SUBDIVISION FOR A DISTANCE OF 125 FEET TO A POINT; THENCE SOUTH 79 DEGREES 50 MINUTES WEST ALONG THE DIVIDING LINE BETWEEN LOT 20, SAID BLOCK AND SUBDIVISION, AND LANDS OF THE CITY OF BRUNSWICK, FOR A DISTANCE OF 75.6 FEET TO A POINT; THENCE NORTH 10 DEGREES 10 MINUTES WEST ALONG THE DIVIDING LINE BETWEEN LOT 20 AND LOT 19, SAID BLOCK AND SUBDIVISION, FOR A DISTANCE OF 125 FEET TO THE POINT OF BEGINNING.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RUTHIE LEE, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | 2:19-CV-00140-LGW-BWC |
| SELECT PORTFOLIO SERVICING, INC., | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 17th day of December, 2019.

/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for the Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
Email: WDAdams@WDALaw.biz