# In the United States District Court for the Southern District of Georgia
## Brunswick Division

RUTHIE LEE,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

CV 2:19-140

## ORDER

Plaintiff initiated this action in Glynn County Superior Court. See Dkt. No. 1-1. Defendant removed this action to federal court and timely moved to dismiss the Complaint. Dkt. Nos. 1, 4. The Court deferred ruling on that motion and allowed Plaintiff seven days to file an amended complaint. Dkt. No. 9. Plaintiff has now done so. Dkt. No. 10.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d

AO 72A
(Rev. 8/82)

1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

### I.   Defendant's Motion to Dismiss

Plaintiff timely filed her first Amended Complaint as a matter of course pursuant to Rule 15(a)(1)(B). Further, Plaintiff's Amended Complaint supersedes her original Complaint. Defendant's motion to dismiss the original Complaint, dkt. no. 4, has thus been rendered moot by Plaintiff's filing of her Amended Complaint. Should Defendant wish to renew its motion to dismiss with regard to the Amended Complaint, it is granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

### II.   Subject Matter Jurisdiction

The Court notes that Defendant's notice of removal asserts federal jurisdiction of this action on the basis of diversity, stating that Plaintiff and Defendant are citizens of different states. Dkt. No. 1 at 2. Plaintiff's amended complaint, however, does not set forth a basis for diversity jurisdiction. Plaintiff is **ORDERED**, within **seven (7) days** of the date of this Order, to set forth the basis for federal jurisdiction of the claims contained in her amended complaint.

## CONCLUSION

For the reasons stated above, Defendant's Motion to Dismiss the original Complaint, dkt. no. 4, is **DENIED as moot**. Plaintiff is **ORDERED** to set forth the basis for federal jurisdiction within **seven (7) days** of today's date.

**SO ORDERED**, this **20** day of December, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA