IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RUTHIE LEE,<br><br>    Plaintiff,<br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendant. | *<br>*<br>*<br>*   CIVIL ACTION NUMBER:<br>*   2:19-CV-00140-LGW-BWC<br>*<br>*<br>*<br>* |

## PLAINTIFF'S RESPONSE TO THE ORDER OF THE COURT REGARDING FEDERAL JURISDICTION

COMES NOW the Plaintiff, who files this response to the Order of the Court dated December 20, 2019, in which the Plaintiff was directed to "Set forth the basis for Federal Jurisdiction of the claims contained in her amended complaint."

The Defendant removed this case from the Superior Court of Glynn County, contending that the Court had diversity jurisdiction pursuant to 28 U.S.C.§ 1332(a) because the Defendant is a Utah corporation with its principal place of business in Utah, and the Plaintiff is a resident of Georgia, and that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

The Defendant argued that the Glynn County Tax Assessor values the property at $203,900.00, and that if the Plaintiff prevails, she will "obtain a benefit of over $75,000.00 if the [Plaintiff] prevails in this case."

The Plaintiff does not agree that the value established by the Glynn County Tax Commissioner represents the fair market value of the subject property.

ARGUMENT AND CITATION OF AUTHORITY

28 U.S.C.§ 1332(a) provides that a Defendant may remove a case to Federal Court if there is a diversity of citizenship and the amount in controversy exceeds $75,000.00, excluding interest and costs. Here, neither the Complaint nor the Amended Complaint contain *ad damnum clause* specifying that the Plaintiff is seeking damages in excess of $75,000.00. Thus, within the four corners of the Complaint, there is nothing to show that there is over $75,000.00 in controversy. The question of whether the amount in controversy is sufficient to invoke diversity jurisdiction is determined from the perspective of the Plaintiff. See Ericsson GE Mobile Communications Inc. v. Motorola Communications and Electronics, Inc., 120 F.3d 216 (11th Cir. 1997). The value of the property does not establish the amount in controversy. A copy of an unauthenticated statement from the Glynn County GIS website does not establish value. The GIS website lists a number of other houses on Wasp Drive which have sold for substantially less than $100,000.00 in the recent past. Furthermore, it is the Plaintiff's position that her interest in the property is not subject to the security deed which was recorded in the property records of Glynn County. Therefore, it is unknown if the Plaintiff's claims against the Defendant will exceed $75,000.00 or not. That being said, the Plaintiff respectfully submits that since the Court has inquired into its jurisdiction, the Court should remand this action to the Superior Court of Glynn County, Georgia, since the Complaint does not allege that amount, and there is no evidence to support the contention that the requisite jurisdictional amount is at state.

Respectfully submitted on this the 27th day of December, 2019.

_____
W. DOUGLAS ADAMS
Georgia Bar Number: 004650
ATTORNEY FOR PLAINTIFF

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
P:(912) 265-1966/F:(912) 267-0777

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RUTHIE LEE, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | 2:19-CV-00140-LGW-BWC |
| SELECT PORTFOLIO SERVICING, INC., | * | |
| | * | |
| Defendant. | * | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 27th day of December, 2019.

/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for the Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia   31521-0857
Email: WDAdams@WDALaw.biz