IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RUTHIE LEE, | * |
| Plaintiff, | * |
| v. | * |
| | * CIVIL ACTION NUMBER: |
| SELECT PORTFOLIO SERVICING, | * 2:19-CV-00140-LGW-BWC |
| INC., | * |
| Defendant. | * |

## PLAINTIFF'S REPLY BRIEF

COMES NOW the Plaintiff, who files this Reply Brief in response to the Brief filed by the Defendant on February 10, 2020 (Doc. 16). Select Portfolio argues that Ruthie Lee owns the subject property with her husband Charlie Lee as a joint tenant with rights of survivorship. The argument made by the Defendant that the Plaintiff's interest as a joint tenant in property worth $100,000.00 would be worth $100,000.00 is not sound. This argument ignores a fundamental characteristic of a joint tenancy under Georgia law and the effect of the law on market value. Charlie Lee could deed the property to a third person during his life time, which would mean that Charlie Lee's interest would not pass to the Plaintiff if he dies first. Thus, while it is true that his interest in the property could pass to the Plaintiff in the event that he died and Ruthie Lee survived him, that statement is not correct if Charlie Lee had transferred his interest before his death. Charlie Lee can give or sell his interest in the property during his life time, in which event nothing would pass to Ruthie Lee if Charlie Lee died and Ruthie Lee survived him. She would still have only her one-half undivided interest in the property as

a tenant in common, rather than as a joint tenant with rights of survivorship.

Furthermore, each share in jointly owned property has a market value of less than one half of the market value of the property if only owned by one owner. That is because it is difficult to borrow money against an undivided interest, and because of the fact that both of the joint owners have the right to own and possess the property. A stranger to the marital relationship would essentially be buying a law suit requiring a partitioning if the purchaser only bought the interest of one co-owner. In other context, it is recognized that there is a discount applied to the value of a partial interest in property. See <u>Shepherd v. Commissioner of Internal Revenue</u>, 283 F.3d 1258 (11th Cir. 2002)

O.C.G.A. § 44-6-190 expressly provides that if one co-owner of property held as a joint tenant with rights of survivorship sells their interest to a third party, the joint tenancy ceases to exist and the co-owner who did not sell and the third party purchaser would then be tenants in common.

In addition, the Defendant attempts to ignore the representation the Defendant made to the Bankruptcy Court two years ago that the fair market value of 124 Wasp Drive was worth less than $100,000.00. Attached hereto is the Affidavit of the co-owner Charlie Lee, in which he states that it is his belief that it would be difficult to get more than $80,000.00 for the house in its current condition, since the house was damaged in a hurricane.

## CONCLUSION

It is respectfully submitted that the Defendant in this case

has not shown that the interest of Ruthie Lee in the subject property is worth more than $75,000.00, and therefore the Defendant has not shown that the jurisdictional amount necessary to vest this Court with diversity jurisdiction has been satisfied. Therefore, this case should be remanded to the Superior Court of Glynn County.

Respectfully submitted on this the 12th day of February, 2020.

_____
W. DOUGLAS ADAMS
Georgia Bar Number: 004650
ATTORNEY FOR PLAINTIFF

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
P:(912) 265-1966/F:(912) 267-0777

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RUTHIE LEE, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | 2:19-CV-00140-LGW-BWC |
| SELECT PORTFOLIO SERVICING, INC., | * | |
| Defendant. | * | |

## AFFIDAVIT OF CHARLIE LEE

Personally before the undersigned officer duly authorized by Georgia law to administer oaths and take acknowledgements, appeared CHARLIE LEE, who after first having been duly sworn, deposes and says on oath as follows, to-wit:

1. My name is Charlie Lee. I am the husband of the Plaintiff in this action, Ruthie Lee. She and I jointly own the house at 124 Wasp Drive, Brunswick, Glynn County, Georgia.

2. I am very familiar with the condition of the house at 124 Wasp Drive, since I live there. The house suffered damage in a hurricane about three years ago when a tree blew over and hit the house, causing extensive damage. We have been unable to repair the damage. We did not have home owners insurance on the home at the time of the damage.

3. I am also familiar with property values in the neighborhood. I do not believe that any houses have sold for over $100,000.00 and I believe it would be very hard to sell the house at 124 Wasp Drive for more than $80,000.00 in its current condition.

The facts set forth herein are based upon my personal

knowledge.

    FURTHER THE AFFIANT SAYETH NAUGHT.

_____
CHARLIE LEE

Sworn to and subscribed

before me on this the

<u>12th</u> day of <u>February</u>, 2020.

<u>Marjorie M. Vedrine</u>
NOTARY PUBLIC
MY COMMISSION EXPIRES: 7/2/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RUTHIE LEE,              *
                               *
    Plaintiff,          *
v.                           *    CIVIL ACTION NUMBER:
                               *    2:19-CV-00140-LGW-BWC
SELECT PORTFOLIO SERVICING, *
INC.,                      *
                               *
    Defendant.          *

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 12th day of February, 2020.

/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for the Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
Email: WDAdams@WDALaw.biz